UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY TOBIAS,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF INTERIOR,<br>OFFICE OF THE SECRETARY,<br><br>    Defendant. | Civil Case No. 19-2023 |

**ORDER**

Local Rule 16.3(b)(10) exempts parties to a FOIA action from typical scheduling order requirements. Instead, the government has the burden to produce a *Vaughn* index with a supporting dispositive motion. So the Court **ORDERS** the government to file the index and supporting motion within thirty days.

August 22, 2019

_____
Royce C. Lamberth
United States District Judge