IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY TOBIAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 19-2023 (RCL) |
| ) | |
| UNITED STATES DEPARMENT OF ) | |
| INTERIOR, OFFICE OF THE SECRETARY, ) | |
| ) | |
| Defendant. ) | |

## CONSENT MOTION TO VACATE DISPOSITIVE MOTION DEADLINE

Defendant United States Department of Interior ("DOI"), Office of the Secretary, by and through undersigned counsel, respectfully submits this consent motion to vacate the deadline requiring Defendant to file a *Vaughn* index and a dispositive motion, as ordered by the Court on August 22, 2019.  ECF No. 7.  Plaintiff, Jimmy Tobias, consents to the relief requested herein.  In support of its motion, Defendant states as follows:

1. This case concerns eleven Freedom of Information Act requests submitted by Plaintiff to the DOI between November 2017 and October 2018.  Generally speaking, the requests seek certain agency records concerning correspondence and communications involving specified DOI officials that either, (1) involve other specified individuals or organizations, or (2) pertain to certain identified topics.  ECF No. 1.

2. DOI has issued final responses to two of the eleven requests and is in the process of conducting searches for the remaining requests.  In processing the remaining requests, DOI anticipates processing approximately 500 pages per month, with the first release to Plaintiff to be scheduled for November 15, 2019.

3. Because DOI is in the process of responding to Plaintiff's requests, it would be premature to begin briefing on dispositive motions. Accordingly, Defendant respectfully requests that the Court vacate the deadline to file a *Vaughn* index and a dispositive motion and order the parties to file a joint status report once every 60 days until such time as DOI's production is complete.

4. Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with counsel for Plaintiff, who consents to the relief requested.

5. Accordingly, the Defendant respectfully request that the Court enter the attached proposed Order vacating the deadline to submit dispositive motions and requiring the filing of Joint Status Reports every 60 days until DOI's production is complete.

Dated:  September 23, 2019                    Respectfully submitted,

JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:    */s/   Derek S. Hammond*
DEREK S. HAMMOND, D.C. Bar No. 1017784
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2511
derek.hammond@usdoj.gov
*Counsel for Defendant*